# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 40 WAL 2023

          Respondent

                                 :  Petition for Allowance of Appeal
                                 :  from the Order of the Superior Court

          v.                     :

MICHAEL ERIC BUCHANAN,        :

          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.